IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carol W. McGatha,<br><br>    Plaintiff(s),<br><br>vs.<br><br>Southwest Kidney Institute, PLC, an Arizona professional limited liability company,<br><br>    Defendant(s). | CV 10-2475-PHX-DGC<br><br>**ORDER** |

Pursuant to 28 U.S.C. § 455(a), I hereby recuse myself from any further action in the above-captioned matter and order this case to be reassigned, by random draw, to another Judge in the District of Arizona. I am informed by the Clerk of the Court that Judge David G. Campbell has been drawn, accordingly,

**IT IS HEREBY ORDERED** that this matter is reassigned to the Honorable David G. Campbell, United States District Judge. All future pleadings and papers submitted for filing shall bear the following complete case number: CV 10-2475-PHX-DGC.

DATED this 19th day of April, 2011.

James A. Teilborg
United States District Judge